IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAYA PRAKASH OLI, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-1886-FB |
| | § | |
| TODD M. LYONS, Acting Director, U.S. | § | |
| Immigration and Customs Enforcement | § | |
| (ICE); *et al.,* | § | |
| | § | |
| *Respondents.* | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court are the Petition for Writ of Habeas Corpus (ECF No. 1), filed by Petitioner Jaya Prakash Oli ("Petitioner"), the Federal Respondents' ("Respondents") Opposed Motion to Remove the Stay of Removal ("Motion") (ECF No. 6), Respondents' Response (ECF No. 7) to the Petition, and Petitioner's Reply (ECF No. 8) to Respondents' Motion and Response. The relevant facts are undisputed and the Court considers the requested relief without a hearing. *See Tijerina v. Thornburgh*, 884 F.2d 861, 866 (5th Cir. 1989) (citations omitted).

Petitioner, who is subject to a final removal order, seeks an order from this Court directing Respondents to immediately release Petitioner from detention or order a bond hearing before an immigration judge. The primary issue raised by Petitioner, namely that Petitioner's continued detention violates the Fifth Amendment right to due process, has been rejected. In *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), the Supreme Court held that six months is a "presumptively reasonable period of detention" to effect a final order of removal. Respondents have detained Petitioner since January 21, 2026, which does not exceed the presumptively reasonable six-month period, and they advise this Court that Removal Operations is in possession of all travel documentation needed to effect the final order of removal. (ECF No. 6 at page 1 & Exh. A [Declaration]).

-2-

Accordingly, the instant challenge to Petitioner's post-removal-order custody is moot, and the Petition shall be Dismissed Without Prejudice as such.  And, Respondents' Motion to remove the stay of removal shall be granted so Respondents can effectuate Petitioner's removal.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED Without PREJUDICE as Moot.

IT IS FURTHER ORDERED that the Federal Respondents' Opposed Motion to Remove the Stay of Removal (ECF No. 6) is GRANTED such that any stay of removal or transfer is LIFTED.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE